**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMYE BERRY, *et al.*, | Case No. 2:14-CV-01321-APG-VCF |
| Plaintiffs, | |
| v. | **ORDER** |
| MGM RESORTS INTERNATIONAL, *et al.*, | |
| Defendants. | |

In light of the parties' settlement, Defendants' Motion to Dismiss (Dkt. #4) is DENIED without prejudice to renew.

DATED this 10th day of February, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE